IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN CRUZ,<br><br>        Plaintiff,<br><br>    v.<br><br>AT&T MOBILITY SERVICES LLC, et al.,<br><br>        Defendants. | NO. C11-4508 TEH<br><br>ORDER RELATING AND CONSOLIDATING CASES |

    On January 3, 2012, the parties requested that this Court "coordinate" eleven cases filed in this district "against Defendant AT&T Mobility Services LLC on behalf of current or former employees based on allegations of unpaid overtime compensation and violations of the Fair Labor Standards Act." Jan. 3, 2012 Stip. at 1. The Court denied the request because ten of the cases were pending before different judges and the parties cited no authority by which this Court could coordinate cases that were not pending before it.

    On January 10, 2012, Plaintiff Carmen Cruz filed an administrative motion to consider whether the following cases should be related under Civil Local Rule 3-12:

- *Gutierrez v. AT&T Mobility Services LLC*, Case No. C11-4549 JSW;
- *Piper v. AT&T Mobility Services LLC*, Case No. C11-4550 SI;
- *Tong v. AT&T Mobility Services LLC*, Case No. C11-4651 EJD;
- *Diez v. AT&T Mobility Services LLC*, Case No. C11-4652 EJD;
- *Nguyen v. AT&T Mobility Services LLC*, Case No. C11-4653 CRB;
- *Ng v. AT&T Mobility Services LLC*, Case No. C11-4654 EJD;
- *Gubatan v. AT&T Mobility Services LLC*, Case No. C11-4655 EJD;

- *Afsharpour v. AT&T Mobility Services LLC*, Case No. C11-4656 EJD;
- *Ibe v. AT&T Mobility Services LLC*, Case No. C11-4658 EMC; and
- *McClain v. AT&T Mobility Services LLC*, Case No. C11-5072 EJD.

The time for filing an opposition has passed, and no party has filed an opposition. Plaintiffs in all eleven cases are represented by the same counsel, and Defendants in all eleven cases are also represented by the same counsel.

Having reviewed the moving papers and the complaints in the different actions, the Court finds all eleven cases to be related. Counsel are instructed that all future filings in the above cases shall bear the initials "TEH" after the case number.

The Court further finds good cause, now that all cases are pending before it, to consolidate these cases. As the parties have requested, all cases shall follow the case management and other deadlines in *Cruz*, Case No. C11-4508 TEH. In addition, future filings should be submitted only in *Cruz*, unless and until the Court orders these cases to be separated.

**IT IS SO ORDERED.**

Dated: 1/25/12

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT